UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1183

THOMAS RITTER; SALLY RITTER,

    Plaintiffs – Appellants,

  v.

WASHINGTON MUTUAL BANK, N.A.; MORGAN CHASE BANK HOME
LENDING,

    Defendants – Appellees,

  and

SECURITY FINANCIAL CORPORATION; MICHAEL G. KENNY AND
ASSOCIATES,

    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:10-cv-00438-GBL-TCB)

Submitted:  July 21, 2011    Decided:  August 1, 2011

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Thomas Ritter; Sally Ritter, Appellants Pro Se.  Diana Margeaux
Witherspoon, MILES & STOCKBRIDGE, McLean, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas and Sally Ritter seek to appeal the district court's order dismissing, with prejudice, their amended complaint against some but not all defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order that the Ritters seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED